1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

ADRIANA FABURRIETA CRUZ,

                    Petitioner,

v.

CHRISTOPHER J. LAROSE, et al.,

                    Respondents.

Case No.: 3:26-cv-517-CAB-DEB

**ORDER REQUIRING A BOND HEARING**

Pending before the Court is a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 filed by Petitioner Adriana Faburrieta Cruz. [Doc. No. 1 ("Petition").] Petitioner claims her detention without a bond hearing since November 18, 2025 violates the Fifth Amendment. [*Id.* at 7–8.]

Respondents' return to the Petition acknowledges that pursuant to the final judgment in *Maldonado Bautista v. Noem*, No. 5:25-cv-1873-SSS-BFM, 2025 WL 3678485 (C.D. Cal. Dec. 18, 2025), "Petitioner is detained under 8 U.S.C. § 1226(a) and is entitled to an order from this Court directing a bond hearing be held pursuant to 8 U.S.C. § 1226(a)." [Doc. No. 4.]

The Court thus **ORDERS** Respondents to provide Petitioner an individualized bond hearing before an immigration judge pursuant to 8 U.S.C. § 1226(a) and its associated

1

1    regulations by **February 26, 2026**.  Respondents are further **ORDERED** to update this

2    Court on the status of Petitioner's bond hearing by **February 27, 2026**.

3         It is **SO ORDERED**.

4         Dated:  February 12, 2026

5                                                    _____

6                                                    Hon. Cathy Ann Bencivengo
                                                     United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2